**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant,
OneMain Financial Group, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CATHERINE CRISPIN,<br><br>   Plaintiff,<br><br>vs.<br><br>ONE MAIN FINANCIAL GROUP, LLC, and DOES 1 through 100 inclusive,<br><br>   Defendants. | Case No.: 5:17-cv-02935-NC<br><br>**STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION**<br><br>Hon. Nathanael M. Cousins |

Plaintiff Catherine Crispin ("Plaintiff") and Defendant OneMain Financial Group, LLC ("Defendant") (collectively, the "Parties"), through their counsel or record, hereby stipulate as follows:

1. On or about May 22, 2017, Plaintiff filed a Complaint in the United States District Court for the Northern District of California, entitled *Catherine Crispin v. One Main Financial Group, LLC*, Case No. 5:17-cv-02935-NC against Defendant. The Complaint asserts two causes of action against Defendant for violations of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788, *et al.* and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. Plaintiff and Defendant previously entered into a valid agreement ("Arbitration Agreement") to arbitrate all disputes. Pursuant to the Arbitration Agreement, Plaintiff and Defendant hereby stipulate to binding arbitration before the American Arbitration Association. The Parties also stipulate to stay the action in its entirety pending completion of the arbitration.

**IT IS SO STIPULATED.**

DATED: July 20, 2017.

        SAGARIA LAW, P.C.

By  */s/ Scott M. Johnson*  
Scott J. Sagaria  
Elliot W. Gale  
Joe B. Angelo  
Scott M. Johnson  
Attorneys for Plaintiff  
Catherine Crispin

*\* Use of e-Signature approved & authorized via e-mail dated July 19, 2017*

DATED: July 20, 2017

YU | MOHANDESI LLP

By   */s/ Brett B. Goodman*
Brett Goodman
Attorneys for Defendant
OneMain Financial Group, LLC

**Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

DATED: July 20, 2017

YU | MOHANDESI LLP

By   */s/ Brett B. Goodman*
Brett Goodman
Attorneys for Defendant
OneMain Financial Group, LLC

## CERTIFICATE OF SERVICE

I certify that on July 20, 2017, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.

DATED: July 20, 2017

                              */s/ Brett B. Goodman*
                              Brett B. Goodman

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071