**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant,
OneMain Financial Group, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CATHERINE CRISPIN,<br><br>    Plaintiff,<br><br>vs.<br><br>ONE MAIN FINANCIAL GROUP, LLC, and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No.: 5:17-cv-02935-NC<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION, STAY OF ACTION AND ADMINISTRATIVELY CLOSING CASE**<br><br>Hon. Nathanael M. Cousins |

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the Action shall be submitted to binding arbitration before the AAA. The Court further orders that the Action is stayed pending completion of arbitration, with parties to provide annual updates by June 30 of each year until termination. The Clerk of the Court shall close this file for administrative purposes.

IT IS SO ORDERED.

DATED: July 26, 2017



Hon. Nathanael M. Cousins
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that on July 26, 2017, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.

DATED: July 26, 2017

                                      */s/ Brett B. Goodman*
                                      Brett B. Goodman